JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jovita Cervantez-Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00144 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: March 4, 2013 |
| JOVITA CERVANTEZ-SANCHEZ, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MEGAN RICHARDS, Special Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jovita Cervantez-Sanchez, that the date for status conference in this matter may be continued to March 4, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is February 4, 2013. The requested new date is March 4, 2013.**

The defendant is charged with illegal reentry after deportation. She previously had a single felony conviction which was the basis for her deportation; however, the State of California has vacated the conviction based on its determination that the conviction was constitutionally infirm. Consequently, a petition to reopen Ms. Cervantez-Sanchez's immigration has been filed and we are awaiting a ruling on that matter. The ruling in the immigration proceedings will impact how Ms. Cervantez-Sanchez chooses

to proceed in the instant matter. For this reason it is requested that a continuance be granted to allow for a ruling in the immigration proceedings.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                             Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATED: January 31, 2013         By /s/ Megan Richards
                                             MEGAN RICHARDS
                                             Special Assistant United States Attorney
                                             Attorney for Plaintiff


                                             JOSEPH SCHLESINGER
                                             Acting Federal Defender

DATED: January 31, 2013         By /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             Jovita Cervantez-Sanchez

**O R D E R**

IT IS SO ORDERED.

**Dated:  February 1, 2013**       /s/  Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE