BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:12-CR-0144 LJO |
| ) | |
| Plaintiff, ) | JOINT MOTION TO DISMISS |
| ) | INDICTMENT; ORDER |
| v. ) | |
| ) | |
| JOVITA CERVANTEZ-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mia A. Giacomazzi, Assistant United States Attorney and defendant Jovita Cervantez-Sanchez, by and through her attorney Assistant Federal Defender Eric Kersten, hereby move to dismiss the indictment in Case No. 1:12-CR-0144 LJO, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 2, 2013       By:      /s/_____
                                    MIA A. GIACOMAZZI
                                    Assistant U.S. Attorney
```

- 1 -

| | |
|---|---|
| Dated: April 2, 2013 | By: /s/_____<br>ERIC KERSTEN<br>Assistant Federal Defender |

ORDER

On the basis of good cause, to promote justice, and pursuant to a joint motion of the government and the defendant, the indictment in Case Number 1:12-CR-0144 LJO shall be DISMISSED. The defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

The clerk of court is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

Dated: **April 2, 2013**         **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE